IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW BERRY INC., also doing business as BERRY METAL COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>TODD G. SMITH,<br><br>      Defendant. | Civil Action No. 2:18-cv-01024-PLD |

**ORDER REGARDING MOTION FOR LEAVE TO FILE UNDER SEAL**

**AND NOW** this 16th day of April, 2020, the Court **GRANTS** Plaintiff Berry Metals' Motion for Leave to File Under Seal (Dkt No. 110) and permits the filing under seal of the following documents: (a) the documents produced by defendant, Todd G. Smith, marked, "Confidential - Attorney Eyes Only" and bates-stamped SMITH 00048, 53-55; and (b) the documents jointly produced by third-parties, Allan MacRae and MacRae Technologies Inc., marked, "Confidential - Attorney Eyes Only" and bates-stamped MTI000001-55. This Order does not make a substantive ruling as to the appropriateness of the various parties' labelling of the subject documents under the Protective Order at docket number 61 in this case.

/s/ Patricia L Dodge
Patricia L. Dodge
United States Magistrate Judge

223733335
337869\223733335